FILED
CLERK, U.S. DISTRICT COURT

MAY - 1 2008

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMELIA CUMMINGS,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>        Defendant. | No. EDCV 07-01006-CT<br><br>JUDGMENT |

IT IS ADJUDGED that judgment is entered in favor of defendant Commissioner of Social Security for the reasons set forth in the court's Opinion and Order filed concurrently.

DATED: May 1, 2008

_____
CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE